# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: DESSIE B. CURTIS            §   Case No. 13-84217
                                   §
                                   §
           Debtor(s)               §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/20/2013.

2) The plan was confirmed on 03/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 01/05/2015, 02/20/2015.

5) The case was dismissed on 02/20/2015.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,300.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 900.00 | |
| Less amount refunded to debtor(s) | $ 26.54 | |
| **NET RECEIPTS** | | $ 873.46 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 821.25 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 52.21 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 873.46 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,200.00 | 3,200.00 | 3,200.00 | 821.25 | 0.00 |
| PERSONAL FINANCE COMPANY | Uns | 10,610.00 | 10,055.00 | 0.00 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE INC | Uns | 2,603.66 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEICVABLE | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 549.00 | 574.00 | 574.00 | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 3,092.84 | 5,675.00 | 5,675.00 | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| ANCHOR GROUP MANAGEMENT | Uns | 1,277.00 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 915.00 | NA | NA | 0.00 | 0.00 |
| ATMOS ENERGY | Uns | 87.64 | NA | NA | 0.00 | 0.00 |
| B-REAL LLC | Uns | 268.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| CARBIZ AUTO CREDIT | Uns | 4,362.62 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 812.13 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 2,364.84 | 2,178.34 | 2,178.34 | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 2,178.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 366.00 | 366.06 | 366.06 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 93.00 | NA | NA | 0.00 | 0.00 |

Case 13-84217    Doc 32    Filed 04/23/15    Entered 04/23/15 13:12:36    Desc Main
                              Document      Page 3 of 5

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EAGLE COLLECTION CORP | Uns | 4,621.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 863.00 | NA | NA | 0.00 | 0.00 |
| EZMONEY PAYDAY LOANS | Uns | 500.20 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 829.00 | 4,018.06 | 4,018.06 | 0.00 | 0.00 |
| JACE DEVELOPMENT GROUP INC | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 566.56 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT INC | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,192.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET MANAGEMENT | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 268.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 763.00 | 762.11 | 762.11 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 356.00 | 543.00 | 543.00 | 0.00 | 0.00 |
| PARK DANSON | Uns | 518.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES | Uns | 961.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 138.60 | 138.60 | 138.60 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 297.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 515.20 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 348.37 | 284.74 | 284.74 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 290.00 | 290.00 | 290.00 | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 229.56 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 399.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 1,043.12 | 211.30 | 211.30 | 0.00 | 0.00 |
| TRINSIC RESIDENTIAL | Uns | 57.04 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 7,240.00 | 7,707.85 | 7,707.85 | 0.00 | 0.00 |
| VALUED SERVICES LLC | Uns | 391.00 | NA | NA | 0.00 | 0.00 |
| VALUED SERVICES OF WI | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,419.00 | 545.26 | 545.26 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,294.32 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 873.46 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 873.46 |

UST Form 101-13-FR-S (9/1/2009)

   12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/22/2015   By:  /s/ Lydia S. Meyer
               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.